Pearson, C. J.
 

 The survey shows that the cleared ground as indicated by “the dots” was north and inside of the line of the defendant D S E and that the defendant, as soon as he purchased, in December 1848, took possession immediately north of the cleared ground, and this possession, according to the evidence, was continued and extended from time to time, north to the line N O. .
 

 So the defendant ever since December 1848 has had a possession inside of the lappage which exposed him to an action; and consequently ripened his title after seven years adverse possession under the deed. The fact that he from time to time extended his possession, that is took in more land, does not at all affect the question; and the matter is too plain to admit of discussion.
 

 There is no error.
 

 Per Curiam. Judgment affirmed.